IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KEHINDA MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CV-07357 |
| | ) | |
| CITY OF CHICAGO, Chicago Police | ) | |
| Detectives MICHAEL MCDERMOTT, | ) | |
| ANDY JONES, K. GLYNN, and JACK | ) | |
| WILKINS, Youth Officer NAPOLEON | ) | |
| STEVENSON, and Officer K. GROSS, | ) | |
| Cook County Assistant State's Attorney | ) | |
| SHARON JEFFERSON, COOK | ) | |
| COUNTY, ILLINOIS, and Unknown | ) | |
| Current or Former Employees of the City | ) | |
| of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

AGREED PROTECTIVE ORDER

Pursuant to this order, the Policemen's Annuity and Benefit Fund of Chicago shall

provide the parties to this matter with the current address for former Chicago Police Department

Detective Michael McDermott, Detective Andy Jones, and Detective K. Glynn, Detective Jack

Wilkins, Youth Officer Napoleon Stevenson, and Officer K. Gross. The sharing and/or

dissemination of Detective Michael McDermott's, Detective Andy Jones', Detective K. Glynn's,

Detective Jack Wilkins', Youth Officer Napoleon Stevenson's, and Officer K. Gross's address is

expressly prohibited by this order and shall only be used for purposes of pursuing the case in the

above captioned matter.

Respectfully Submitted,

/s/   Danielle Hamilton

/s/   Kyle L. Flynn

Jon Loevy
Tara Thompson
Gayle Horn
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St., Third Fl
Chicago, IL 60607
P: (312) 243-5900
F: (312) 243-5902

Greenberg Traurig, LLP
77 West Wacker Drive, Ste. 3100
Chicago, IL 60601
P: (312) 476-5126

**Gary Feinerman**
**United States District Court Judge**

**Dated: 1/5/2019**