# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 18c 7357

Kehinda Mitchell,
        Plaintiff,
  v.

Judge Gary Feinerman

City of Chicago, et al.,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cook County, former Assistant State's Attorney Sharon Jefferson

| | |
|---|---|
| Name  Yulia Nikolaevskaya | |
| SIGNATURE  */s/ Julie Nikolaevskaya* | |
| FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS  500 RICHARD J. DALEY CENTER | |
| CITY/STATE/ZIP  CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6286971 | TELEPHONE NUMBER  (312) 603-3469 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |