AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 CV 07357

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **K. GROSS**
was received by me on *(date)* **01/15/2019**.

☑ I personally served the summons on the individual at *(place)* **9242 S HALSTED, UNIT B, CHICAGO IL. 60620** on *(date)* **01/15/2019** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **01/15/2019**

*Server's signature*

**LARRY BIELA / SPECIAL PROCESS SERVER**
*Printed name and title*

P O BOX 46335
CHICAGO, IL. 60646
ILLINOIS LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 CV 07357

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MICHAEL McDERMOTT
was received by me on *(date)* 01/15/2019.

☑ I personally served the summons on the individual at *(place)* 7847 LAGUNA LANE, ORLAND PARK IL. 60462 on *(date)* 01/15/2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/15/2019

*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

P O BOX 46335
CHICAGO, IL. 60646
ILLINOIS LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc: