# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kehinda Mitchell

                Plaintiff,

v.                                            Case No.: 1:18−cv−07357
                                            Honorable Gary Feinerman

City Of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time [35] is granted. The time for Defendants Glynn, Gross, Stevenson, and Wilkins to respond to the complaint is extended to 3/1/2019. Motion hearing set for 2/7/2019 [36] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.