# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kehinda Mitchell

                          Plaintiff,

v.                                                     Case No.: 1:18−cv−07357
                                                     Honorable Gary Feinerman

City Of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 16, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held and continued to 1/29/2020 at 9:15 a.m. Plaintiff's motion to compel depositions [100] and Plaintiff's corrected motion to quash Individual Police Officer Defendants'; subpoenas seeking over 15 years' worth of Plaintiff's recorded phone calls [104] are entered and continued. Defendants shall respond by 1/22/2020; Plaintiff shall reply by noon on 1/28/2020.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.