Kehinda Mitchell
                                         Plaintiff,

v.                                                            Case No.: 1:18−cv−07357
                                                                                  Honorable Gary Feinerman

City Of Chicago, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 26, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 4/29/2020 at 9:00 a.m. Joint oral motion to extend the schedule is granted. Fact discovery shall be completed by 6/29/2020. Plaintiff's Rule 26(a)(2) disclosures shall be served by 7/27/2020. Plaintiff's expert(s) shall be deposed by 8/27/2020. Defendants' Rule 26(a)(2) disclosures shall be served by 9/28/2020. Defendants' expert(s) shall be deposed by 10/26/2020. Plaintiff's rebuttal Rule 26(a)(2) disclosures shall be served by 11/9/2020, and depositions based on those rebuttal disclosures shall be completed by 11/23/2020. Dispositive motions shall be filed by 12/23/2020. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.