# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Mitchell v. City of Chicago et all    Case Number: 18-CV-07357

An appearance is hereby filed by the undersigned as attorney for:
Cook County and Sharron Jefferson

Attorney name (type or print): Maureen O'Brien

Firm: O'Mara Gleason & O'Callaghan

Street address: 230 West Monroe St. Suite 2620

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6188502
(See item 3 in instructions)

Telephone Number: 312-600-5588

Email Address: Maureen.Obrien@O2Lawyers.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/20/2020

Attorney signature:    S/ Maureen O'Brien
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015